This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF THE
CONSPIRACY TO THEFT**

**D/B/A BILLY L. EDWARDS,**

    Plaintiff-Appellant.

v.                                **No. 31,467**

**JAMES LITTLE, JR., SCOTT LITTLE,
JAY LITTLE, JEFF ETHRIDGE, MARK
EASTERDAY, MRS. JAMES LITTLE, SR.,
JAMES LITTLE WELL DRILLING
SERVICE,**

    Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY
Daniel Viramontes, District Judge**

Billy L. Edwards
Deming, NM

Pro se Appellant

James Little, Jr.
Scott Little
Jay Little
Jeff Ethridge
Deming, NM

Mark Easterday
Bonnieville, KY

Pro Se Appellees

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

 

                                                                                            _____

                                                            **MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

 

_____

**JAMES J. WECHSLER, Judge**

 

_____

**RODERICK T. KENNEDY, Judge**

2